```
                FILED
      CLERK, U.S. DISTRICT COURT

            JAN 24 2024

      CENTRAL DISTRICT OF CALIFORNIA
      BY                    DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONZERRAT VILLARREAL,<br><br>Defendant. | Case No. 24-MJ-367<br><br>ORDER OF DETENTION<br><br>[18 U.S.C. § 3148(b), 3143(a)] |

## I.

On January 24, 2024, Defendant appeared before the Court on the Petition for Violation of Pretrial Release Conditions and arrest warrant, filed on January 12, 2024, in the United States District Court for the Southern District of California. Deputy Federal Public Defender, Claire Kennedy, was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Cameron Vanderwall. Defendant submitted on the recommendation, by the Probation and Pretrial Services Officer, that Defendant be detained.

The Court has reviewed the files and records in this matter, including the Petition for violations of conditions of pretrial release, dated January 11, 2024, and the recommendation, by the Probation and Pretrial Services Officer, that Defendant be detained.

The Court finds, pursuant to 18 U.S.C. § 3148(b), as follows:

Based on the factors set forth in 18 U.S.C. § 3142(g), there is no longer any condition or combination of conditions of release that will assure that Defendant will not flee or pose a danger to the community or to others if allowed to remain on bail pending future court proceedings.

The Court has taken into account the allegations of Defendant's noncompliance with the conditions of pretrial release, as alleged in the petition, which include her admissions regarding use of methamphetamine, and leaving her mother's residence without permission, and failures to appear for drug testing.

Thus, the Court finds that there is <u>now</u> a change in circumstances which justifies reconsideration of the decision to allow Defendant to remain on release. The Court finds that, under the current circumstances, clear and convincing evidence does not exist to show that the defendant is not likely to flee or pose a danger to the community or to others if allowed to remain on bail.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal to be removed to the Southern District of California no later than her next court appearance date on January 26, 2024 .

<u>The Court directs government counsel to follow up with government counsel in the charging district regarding Defendant's next scheduled date, and provide this information to Defendant's counsel in order to monitor the status of defendant's transportation to, and arrival in, the charging district for her next appearance.</u>

Dated: January 24, 2024

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

3